# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 18-47538-399 |
| MICHAEL LYNCH ) | Chapter 13 |
| ) | |
| ) | Trustee's Objection to Confirmation |
| ) | Original Confirmation Hearing set for: |
| Debtor ) | February 6, 2019  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF 2ND AMENDED PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. The set monthly payments to be made by the Trustee exceed the plan payment.
2. The plan does not contain enough funds to pay secured and priority creditors in full and pay the amount guaranteed to general unsecured creditors (if any). 11 U.S.C. §§ 1322(a)(2) and 1325(a)(5)(B)(ii). The approximate amount of the shortfall is $3250.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: April 30, 2019                    /s/ Kathy Wright
                                         Kathy Wright MO31047
OBJCONFAF--KLW                           Attorney for Trustee
                                         P.O. Box 430908
                                         St. Louis, MO  63143
                                         (314) 781-8100  Fax: (314) 781-8881
                                         trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 30, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 30, 2019.

MICHAEL LYNCH
1313 APOLLO DRIVE
ARNOLD, MO  63010

/s/ Kathy Wright
Kathy Wright MO31047